CIV 31
(Rev 5/83)

## JUDGMENT IN A CIVIL CASE

| United States District Court | Northern District of Florida |
|---|---|
| Case Title:<br><br>Raymond L. Johnson<br><br>V.<br><br>Michael Moore, et al. | Docket Number<br><br>5:02cv343 MMP<br><br>Name of Judge<br><br>MAURICE M. PAUL, Senior United States District Judge |

**Decision by Court.** This action came before the above named judge on review of a Report and Recommendation. The Court having entered an order adopting the Report and Recommendation judgment is entered as set forth below.

### IT IS ORDERED AND ADJUDGED

JUDGMENT IS ENTERED in favor of Defendants Michael Moore, Hau Huynh, M.D , Dr. Cherry, M.D , Marcia N Benoit, Nurse Hatfield, Nurse Tool, Officer Tibbs, Officer Rogers, Officer Murphy, Sgt. Long and against Plaintiff Raymond L. Johnson. The court adopts the Magistrate Judge's Report and Recommendation. This case is dismissed without prejudice pursuant to 28 USC 19159g).. Cost allowed as provided by law

| WILLIAM M MCCOOL, CLERK<br>Clerk. BLAIR K PATTON<br><br>_____ By Courtroom Deputy | December 31, 2002 |
|---|---|

ENTERED ON DOCKET December 31, 2002
(Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP)

Copies mailed to·

Entered c·   12/31/-   (M)
(Rules 58      55 FRCRP)
Copies se:     DMSL

2002 DEC 31 PM 1: 24   FILED

9