IN THE DISTRICT COURT OF FLORIDA

_____ DISTRICT

_____ :
           APPELLANT,

v

MICHAEL W. MOORE, SECRETARY    :    CASE NO. 5:_____
OF THE FLORIDA DEPARTMENT OF
CORRECTIONS,
_____

           RESPONDENT.    :


NOTICE OF APPEAL

COMES NOW, the Appellant, _____, *In Propria Persona*, and notice being given, that the above-named Appellant appeals to the United States Court of Appeal for the Eleventh Circuit, the judgement of this Court Rendered on this ____ day of _____, 20____.

The nature of the Order appealed is:
_____
_____
_____

Dated this ____ day of _____, 20____.

Respectfully Submitted,

_____
APALACHEE CORRECTIONAL INSTITUTION
35 APALACHEE DRIVE
SNEADS, FLORIDA 32460

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

03 JAN -7 PM 12: 30

FILED

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to _____ by U. S. Mail this ____ day of _____, 20____.

_____
Signature
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, Florida 32460

**APPEAL1**