IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

1. Raymond Johnson
PLAINTIFF/PETITIONER

2. _____
PLAINTIFF/PETITIONER

v.                                              Case No. _____

1. Hau Huynh M) et al
DEFENDANT/RESPONDENT

2. Marcia N Benoit
DEFENDANT/RESPONDENT
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ /

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

I, ___Raymond Johnson___, move to proceed in forma pauperis pursuant to Title 28 U.S.C. § 1915 in the above-entitled action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

_____
Signature of Plaintiff/Petitioner

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

(Must Be Completed)

In support of this motion, I answer the following questions under penalty of perjury:

1.      Are you currently incarcerated?  Yes ( X    No ( )

If "Yes," state the place of your incarceration: _____

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

03 JAN -7 PM 12: 50

FILED

Revised 2/97

2.    Are you presently employed?    Yes ( )   No ( )
      a.    If the answer is "yes," state the amount of your take-home salary or wages per month
            and give the name and address of your employer.   *NONE*
      b.    If the answer is "no," state the date of last employment and the amount of the take-
            home salary and wages per month which you received.   *October no. 99 X*

3.    Have you received within the past twelve months any money from any of the following
      sources?
      a.    Business, profession or other self-employment?
            Yes ( )  No ( )
      b.    Rent payments, interest or dividends?
            Yes ( )  No ( )
      c.    Pensions, annuities or life insurance payments?
            Yes ( )  No ( )
      d.    Disability or workers' compensation payments?
            Yes ( )  No ( )
      e.    Gifts or inheritances?
            Yes ( )  No ( )
      f.    Any other sources?
            Yes ( )  No ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received
from each during the past twelve months.   *NONE*

4.    Do you own any cash, or do you have money in a checking or savings account?
            Yes ( )   No ( ) (Include funds in prison accounts.)
      If the answer is "yes," state the total value of the items owned.

                              *NONE*

5.    Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding
      ordinary household furnishings and clothing)?
            Yes ( )    No ( )
      If the answer is "yes," describe the property and state its approximate  value.

                              *NONE*

6.    List the persons who are dependent upon you for support, state your relationship to those persons,
      and indicate how much you contribute toward their support.

                                   *NONE*

      I declare under penalty of perjury that the foregoing is true and correct.


_____                    _____
Signature of Plaintiff/Petitioner                   Date

Revised 2/97                              2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

_Rhiannikal Solomon_
**Plaintiff (Print Full Name)**

_____
**Your Prisoner Number**

**vs.**                                                   CIVIL ACTION NO: _5 02cv343/MMP/AK_
                                                          (Supplied by the Clerk)

_Michael W Moore et al_
**Defendant(s)**

## PRISONER CONSENT FORM ON APPEAL OF CIVIL RIGHTS ACTION
## AND FINANCIAL CERTIFICATE

I hereby authorize the agency having custody of me ("the agency") to collect from my prison account and forward to the Clerk of the United States District Court for the Northern District of Florida payments in accordance with 28 U.S.C. § 1915(b) until the full filing fee of $105.00 required to maintain this appeal is paid.

I understand that I must request that an authorized official at my present place of confinement complete the Financial Certificate below and attach a computer print-out reflecting all transactions in my prison account for the six month period preceding the filing of my appeal. If I have not been incarcerated at this institution for six months, I must also obtain account print-out(s) from each penal facility at which I may have been confined during the relevant six month period and provide the print-out(s) to the authorized official completing my Financial Certificate. If I fail to provide print-out(s) for the entire six month period or do not satisfactorily explain my inability to do so to the court, my motion to proceed in forma pauperis may be denied and my appeal dismissed.

I authorize the agency to withdraw from my account and send to the District Court Clerk, as soon as such funds become available, a first payment from my account in an amount to be determined by the district court; such amount will be the greater of the following amounts:

> (1)  20% of the average monthly deposits to my account for the
> 6-month period immediately preceding the date I filed my notice of appeal in this case; or

> (2)  20% of the average monthly balance in my account for that 6-month period.

Following payment of any initial partial filing fee, I further authorize the agency every month to withdraw twenty percent of the preceding month's income credited to my prison account and to remit that amount to the District Court Clerk each time the amount in my account exceeds $10.00 until the total filing fee of 105.00 has been paid.

I understand that, if my current account balance (line #1, below) is more than $105.00, I will not qualify for in forma pauperis status and I must pay the full filing fee of $105.00 before I will be allowed to proceed with the appeal. If I do NOT have more than $105.00 in my account (line #1, below), I understand that even if the court finds my appeal is not taken in good faith, or I am allowed to proceed in forma pauperis (in other words, without having to prepay the full filing fee), or my appeal is at some

time dismissed for any reason, I am obligated to pay to the District Court Clerk the full amount of the filing fee. Additionally, I understand that the Court may enter judgment against me for payment of costs at the conclusion of the appeal, including any unpaid portion of the requiring filing fees. If the Court does so, I also authorize the agency to make monthly payments from my account to the District Court Clerk in the manner described above until the full amount of the costs ordered is paid.

If I am transferred to another prison or custodial agency, I hereby consent that this authorization will continue to apply, and the new prison or custodial agency shall assume the duties of collecting and forwarding any remaining monthly payments to the District Court Clerk.

_____
Date

_____
SIGNATURE OF PLAINTIFF

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## FINANCIAL CERTIFICATE

(To Be Completed by Authorized Penal Official)

COMPUTER PRINT-OUT(S) REFLECTING ALL TRANSACTIONS IN THE INMATE'S PRISON ACCOUNT(S) FOR THE PRECEDING SIX MONTHS MUST BE ATTACHED*

1.    CURRENT ACCOUNT BALANCE                                            _See attached_

2.    AVERAGE MONTHLY BALANCE FOR PRECEDING SIX MONTHS    _See attached_

3.    AVERAGE MONTHLY DEPOSITS FOR PRECEDING SIX MONTHS   _See attached_

4.    INITIAL FILING FEE: 20% of the greater of #2 or #3 _See attached_
       (Subject to verification by the court.)

*      It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he may have been confined during the preceding six months and to provide them to the official completing this form.
       If print-outs or the above calculations do not represent the preceding six month period in its entirety, the official completing this form should explain here:




       I hereby certify that, as of this date, the above information for the prison account of the inmate named herein is correct.



_____          _1-3-03_____
Signature of Authorized Official                   Date

PLEASE COMPLETE THIS FORM IN INK IN A COLOR OTHER THAN BLACK

**▣ IBSS042**              **Inmate Trust Fund Account**              **1/3/03 1:16:18 PM**

## Account Summary

**Account Type:**
INMATE TRUST FUND

**Account ID:**
421558

**Account Name:**
JOHNSON, RAYMOND L.

**Current Facility:**
APALACHEE EAST UNIT

**Housing:**
M2108U

**P.O.Box:**

**Social Security Number:**
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

**AKA:**
JOHNSON, RAYMOND L.

**Date of Birth:**
02/09/1965

**EOS Release Date:**
04/09/2014

**Account Status:**
ACTIVE

**As of Date:**
10/31/2000

**Card #:**
02

**Card Status:**
ACTIVE

**Current Balance:**
$0.00

**Hold Balance:**
$0.00

**Withdrawals in Suspense:**
$0.00

**Spendable Balance:**
$0.00

**Unposted Deposits:**
$0.00

**Lien Balance:**
$2,024.75

**Canteen Limit:**
$0.00

**Average Balance:**
$0.00

**Eligible for Release Payment:**

**Current COP Balance:**
$255.00

*Transaction Date.* 060102

| Transaction Date | Transaction Type | Status | Facility | Reference Number | + / - | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/05/2002 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 10220020604 | - | $0.17 | $0.00 |
| 06/14/2002 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0614020720SC | - | $0.00 | $0.00 |
| 06/18/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 050302 | - | $0.00 | $0.00 |
| 06/19/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 5/31/02 | - | $0.00 | $0.00 |
| 06/24/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 05/26/02 | - | $0.00 | $0.00 |
| 06/24/2002 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0624020810SC | - | $0.00 | $0.00 |
|  |  |  |  |  |  |  |  |

| 06/25/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 061202 | - | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| 06/25/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 061102 | - | $0.00 | $0.00 |
| 06/25/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 060802 | - | $0.00 | $0.00 |
| 07/11/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 070502 | - | $0.00 | $0.00 |
| 07/16/2002 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0715021100EM | - | $0.00 | $0.00 |
| 07/16/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 7/13/02 | - | $0.00 | $0.00 |
| 07/16/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 7/12/02 | - | $0.00 | $0.00 |
| 07/22/2002 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0721021145EM | - | $0.00 | $0.00 |
| 07/23/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 7/20/02 | - | $0.00 | $0.00 |
| 07/23/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 7/18/02 | - | $0.00 | $0.00 |
| 07/23/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 7/17/02 | - | $0.00 | $0.00 |
| 08/01/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 072402 | - | $0.00 | $0.00 |
| 08/13/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 8/10/02 | - | $0.00 | $0.00 |
| 08/14/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 080902 | - | $0.00 | $0.00 |
| 08/19/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 8-9-02 | - | $0.00 | $0.00 |
| 08/21/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 81602 | - | $0.00 | $0.00 |
| 08/21/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 81502 | - | $0.00 | $0.00 |
| 08/21/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 81502A | - | $0.00 | $0.00 |
| 09/10/2002 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0910020752SC | - | $0.00 | $0.00 |
| 09/12/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 082102 | - | $0.00 | $0.00 |

| 09/12/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 082002 | - | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| 09/20/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 083002 | - | $0.00 | $0.00 |
| 09/20/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 3083002A | - | $0.00 | $0.00 |
| 09/20/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 082802 | - | $0.00 | $0.00 |
| 09/27/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 092102 | - | $0.00 | $0.00 |
| 09/27/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 091702 | - | $0.00 | $0.00 |
| 09/27/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 091702A | - | $0.00 | $0.00 |
| 10/01/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 9/28/02 | - | $0.00 | $0.00 |
| 10/01/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 9/26/02 | - | $0.00 | $0.00 |
| 10/10/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 100302 | - | $0.00 | $0.00 |
| 10/10/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 100302A | - | $0.00 | $0.00 |
| 10/10/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 100102 | - | $0.00 | $0.00 |
| 10/23/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 101602 | - | $0.00 | $0.00 |
| 10/23/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 101602B | - | $0.00 | $0.00 |
| 11/19/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 91202 | - | $0.00 | $0.00 |
| 11/19/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 91102 | - | $0.00 | $0.00 |
| 11/19/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 91102A | - | $0.00 | $0.00 |
| 11/19/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 91002 | - | $0.00 | $0.00 |
| 11/26/2002 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 1125021303SC | - | $0.00 | $0.00 |
| 12/02/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 103102 | - | $0.00 | $0.00 |

| 12/06/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 11/08/02 | - | $0.00 | $0.00 |
| 12/06/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 11/06/02 | - | $0.00 | $0.00 |
| 12/06/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 11/06/02A | - | $0.00 | $0.00 |
| 12/06/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 11/01/02 | - | $0.00 | $0.00 |

# 🖹 IBSS042                 **Inmate Trust Fund Account**                 **1/3/03 1:16:43 PM**

## Account Summary

**Account Type:**
INMATE TRUST FUND

**Account ID:**
421558

**Account Name:**
JOHNSON, RAYMOND L.

**Current Facility:**
APALACHEE EAST UNIT

**Housing:**
M2108U

**P.O.Box:**

**Social Security Number:**
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

**AKA:**
JOHNSON, RAYMOND L.

**Date of Birth:**
02/09/1965

**EOS Release Date:**
04/09/2014

**Account Status:**
ACTIVE

**As of Date:**
10/31/2000

**Card #:**
02

**Card Status:**
ACTIVE

**Current Balance:**
$0.00

**Hold Balance:**
$0.00

**Withdrawals in Suspense:**
$0.00

**Spendable Balance:**
$0.00

**Unposted Deposits:**
$0.00

**Lien Balance:**
$2,024.75

**Canteen Limit:**
$0.00

**Average Balance:**
$0.00

**Eligible for Release Payment:**

**Current COP Balance:**
$255.00

*Transaction Date:* 060102

| Transaction Date | Transaction Type | Status | Facility | Reference Number | + / - | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/06/2002 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 11/01/02A | - | $0.00 | $0.00 |
| 01/02/2003 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0101030830SC | - | $0.00 | $0.00 |